NATHAN H. STONE and MAX SCHLEIMER, Appellants, *v.* 434 BROADWAY REALTY CORPORATION, Respondent.

*Orders — contempt — mistake in order.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on the 18th day of January, 1921.

PER CURIAM: The order to show cause asked for punishment for contempt of the president and secretary of the defendant for disobeying an order theretofore made by the court. By inadvertence the order appealed from was made to read, " this motion for an injunction is denied." Upon the record it is quite evident that the court below intended to deny the motion to punish for contempt. Treating it as such, the order is affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Order affirmed, with ten dollars costs and disbursements.

JANE MURPHY, as Administratrix, etc., Respondent, *v.* EIGHTH AVENUE RAILROAD COMPANY, Appellant.

*Trial — verdict — instructions.*

Appeal from a judgment entered upon a verdict for $19,500 and an order denying a motion for a new trial in an action for damages for death claimed to be caused by the negligence of the defendant.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

CLARKE, P. J. (dissenting): I dissent upon the ground that the finding of the jury that defendant was negligent and the decedent free from contributory negligence is against the evidence and the weight thereof, and further upon the ground that the learned trial court submitted contradictory instructions to the jury calculated to obscure and mislead, some of them based upon assumptions of fact not warranted by the evidence.